# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

KELLY D. WILLIAMS,

    Petitioner,                                    :        Case No. 3:13-cv-374

- vs -                                               District Judge Walter Herbert Rice
                                                       Magistrate Judge Michael R. Merz

WARDEN, Lebanon Correctional Institution,

    Respondent.                                   :

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Docs. #10), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Petition for Writ of Habeas Corpus be DISMISSED with prejudice. Petitioner is also DENIED any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous.

May 15, 2014.

                                                                       Walter Herbert Rice
                                                                    United States District Judge